UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 17, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| MARIA DE JESUS TOLEDO SAAVEDRA (A-(A-098-475-761); (A-098-802-460)), Petitioner, v. DUSTIN STUBBS, et al., Respondents. | No. 1:26-cv-6601 TLN CSK<br>**MINUTE ORDER** |

Petitioner, an immigration detainee proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On September 3, 2026, this Court recommended that petitioner be released from custody. On September 3, 2026, respondents filed an untimely answer and motion to dismiss. On September 9, 2026, respondents filed objections to the pending findings and recommendation. (ECF No. 11.) On September 7, 2026, petitioner filed a statement of non-opposition to the findings and recommendations. Petitioner did not file address respondents' motion to dismiss or answer, and did not address the merits of respondents' objections. Petitioner is granted seven days from the date of this order to file an opposition to respondents' motion to dismiss and answer, as well as the merits of respondents' objections to the findings and recommendations. Respondents may file a reply within seven days thereafter.

Accordingly, IT IS HEREBY ORDERED that:

1. Within seven days from the date of this order, petitioner shall file file an opposition to respondents' motion to dismiss and answer, as well as the merits of respondents' objections to the findings and recommendations.

2. Seven days after petitioner's filing, respondents may file a reply.

/1/tole6601.fb